1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    NOEL KEITH WATKINS,                        No.  2:13-cv-0416 WBS CKD

12                 Plaintiff,

13        v.                                      ORDER FOR PAYMENT OF INMATE
                                                  FILING FEE
14    VAMIL SINGH, et. al,

15                 Defendants.

16

17    To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

18    Sacramento, California 95814:

19           Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory

20    filing fee of $350.00 for this action.  Plaintiff will be obligated to make monthly payments in the

21    amount of twenty percent of the preceding month's income credited to plaintiff's trust account.

22    The California Department of Corrections and Rehabilitation is required to send to the Clerk of

23    the Court payments from plaintiff's prison trust account each time the amount in the account

24    exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

25           Good cause appearing therefore, IT IS HEREBY ORDERED that:

26           1.  The Director of the California Department of Corrections and Rehabilitation or a

27    designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's

28    prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

                                                   1

1   credited to the prisoner's trust account and forward payments to the Clerk of the Court each time

2   the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the

3   $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified

4   by the name and number assigned to this action.

5        2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

6   signed in forma pauperis affidavit on Director, California Department of Corrections and

7   Rehabilitation, 1515 S Street, Sacramento, California 95814.

8        3.  The Clerk of the Court is directed to serve a copy of this order on the Financial

9   Department of the court.

10  Dated:  June 3, 2013

11  _____
    CAROLYN K. DELANEY

12  UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17  8
    watk.0416.cdc

18

19

20

21

22

23

24

25

26

27

28

2