UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL KEITH WATKINS, | No.  2:13-cv-0416 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| VAMIL SINGH, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  Plaintiff's complaint concerns allegedly inadequate medical care for heart problems between 2005 and 2009.

On March 1, 2013, plaintiff filed a document titled "Motion Request:  For Expedited Hearing Ca. P.C. 1484."  Plaintiff's appears to reference California Penal Code § 1484, but it is unclear how that section could apply in this federal, civil matter.  It is possible plaintiff seeks preliminary injunctive relief, but he fails to specify any relief sought.  Because it is not clear what exactly plaintiff seeks in his motion, the motion will be denied.

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 1, 2013 "Motion Request:
For Expedited Hearing Ca. P.C. 1484" (ECF No. 2.) is denied.

Dated: December 4, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
watk0416.eh