UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL KEITH WATKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VAMIL SINGH,<br><br>　　　　　Defendants. | No. 2:13-cv-0416 WBS CKD P<br><br><br>ORDER |

On July 11, 2014, defendants filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: August 14, 2014

　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_____
　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
watk0416.46